■ In the Matter of JAMES EVAN SIFF. — Motion to confirm recommendation of the Departmental Disciplinary Committee for the First Judicial Department granted, and petition seeking an order reinstating petitioner as an

attorney and counselor at law in the State of New York granted, effective June 5, 1984. Concur — Kupferman, J. P., Ross, Silverman, Bloom and Fein, JJ.